IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICKY A. ORSO, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 24-0124-JB-MU |
| HEATH JACKSON, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 5th day of March, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE